**Opinion issued June 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00881-CV

————————————

**NEW PROCESS STEEL, L.P. AND THE ALTA FAY AND EUGENE R. FANT CHILDREN'S TRUST OF 1978 NUMBER ONE, Appellants**

**V.**

**JOHN S. BEESON, INDIVIDUALLY AND AS TRUSTEE, AND CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC, Appellees**

On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2010-29072

**MEMORANDUM OPINION**

Appellants have filed an unopposed motion to dismiss the appeal with prejudice. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Sharp and Massengale.